**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6845**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

MARIO N. BAKER, a/k/a Mario Nathaniel Baker,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:08-cr-00088-REP-RCY-1)

_____

Submitted: August 20, 2015        Decided: August 25, 2015

_____

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mario N. Baker, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario N. Baker appeals the district court's order denying his motion seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Baker</u>, No. 3:08-cr-00088-REP-RCY-1 (E.D. Va. May 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>